UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY TUCKER, on behalf of himself and all other persons similarly situated,

      Plaintiff,

  v.

COLUMBUS TRADING-PARTNERS USA INC.,

      Defendant.

25-CV-443 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  The Complaint in this case was filed on January 15, 2025. On January 16, 2025, the Court issued an order directing the parties to meet and confer within thirty days of service and to file a joint letter fifteen days thereafter. *See* Dkt. No. 6. Although counsel for Defendant appeared pro hac vice on February 26, 2025, Plaintiff has not filed proof of service on the docket, and the parties have not filed their joint letter ordered by the Court.

  No later than April 28, 2025, Plaintiff shall file proof of service on the docket. If Defendant has not yet been served, or was served after April 15, 2025, Plaintiff shall submit a letter indicating why the Court should not dismiss the action without prejudice for failure to serve. *See* Fed. R. Civ. P. 4(m) (complaint must be served within ninety days of the commencement of an action). Failure to respond may result in dismissal of this action Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  April 21, 2025
     New York, New York

                   _____
                   Hon. Ronnie Abrams
                   United States District Judge