**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

April 21, 2025

<u>**VIA ECF**</u>
The Honorable Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

       ***Re:*** *Tucker v. Columbus Trading-Partners Usa Inc.*
          <u>Case No.: 1:25-cv-443</u>

Dear Judge Abrams,

  The undersigned represents Henry Tucker ("Plaintiff") in the above referenced matter against Defendant, Columbus Trading-Partners Usa Inc. ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                    Respectfully submitted,

                   <u>*/s/Michael A. LaBollita, Esq.*</u>
                    Michael A. LaBollita, Esq.

cc: All counsel of record via ECF